## PURE OIL COMPANY v. Fred C. SPROUL et al.

No. 4522.

United States Court of Appeals
Tenth Circuit.

Nov. 13, 1952.

Ben A. Harper, Chicago, Ill., and Goppert & Fitzstephens, Cody, Wyo., for appellant.

Edward E. Murane and R. R. Bostwick, Casper, Wyo., for appellees.

Before PHILLIPS, Chief Judge, and HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Reversed and remanded November 13, 1952, by agreement of the parties, without opinion.

## Bernard M. SHOTKIN, Also Known as Barney M. Shotkin, etc., v. GENERAL ELECTRIC COMPANY.

No. 4504.

United States Court of Appeals
Tenth Circuit.

Nov. 12, 1952.

Walter F. Dodd, Chicago, Ill., for appellant.

Grant, Shafroth & Toll and Akolt, Campbell, Turnquist & Shepherd, Denver, Colo., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed November 12, 1952, on ground there was no final or appealable order.

## Jim Dowling STRINGER v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 4555.

United States Court of Appeals
Tenth Circuit.

Oct. 7, 1952.

William Tinker, Wichita, Kan., for appellant.

Eugene W. Davis, U. S. Atty., and Ernest J. Rice, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on October 7, 1952, on motion of appellee, on ground appeal is moot.